**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01224-LTB-BNB

LINDA L. CUMMINGS,
         Plaintiff,

v.

THE ROYAL GORGE COMPANY OF COLORADO, a Colorado corporation,
         Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Defendant's Unopposed Motion for Leave to File Amended Answer (Doc 16 - filed December 20, 2005) is GRANTED.  The tendered Amended Answer is accepted for filing.

Dated:  December 21, 2005
_____