**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01224-LTB-BNB

LINDA L. CUMMINGS,

      Plaintiff,

v.

THE ROYAL GORGE COMPANY OF COLORADO, a Colorado corporation,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 19 - filed January 13, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:


                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: January 17, 2006